JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALENCIA, | Case No. ED CV 24-1875 FMO (DTBx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LYONS AUTO 2001, INC., <u>et al.</u>, | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 7th day of January, 2025.

/s/
Fernando M. Olguin
United States District Judge